# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ST. PAUL PAINTING INDUSTRY HEALTH AND WELFARE FUND, ST. PAUL PAINTING INDUSTRY PENSION FUND, ST. PAUL PAINTING INDUSTRY VACATION FUND

Case No. Civil 01-1226 MJD/SRN

Plaintiffs,

and

MINNEAPOLIS PAINTING INDUSTRY HEALTH AND WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND, MINNESOTA STATE CONFERENCE OF PAINTERS,

Plaintiffs.

v.

JACKSON DECORATING CO. AND ARTHUR M. JACKSON, INDIVIDUALLY

Defendants.

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

1. That Plaintiffs' Motion for Default Judgement is granted.
2. That Judgment be entered in favor of Plaintiff Minneapolis Painting Industry fringe benefit funds collectively in the amount of $13,500.89.
3. That Judgment be entered in favor of Plaintiff St. Paul Painting Industry fringe benefit funds collectively in the amount of $16,280.53.

DATE: October 5, 2001

RICHARD SLETTEN, CLERK

10

E. Knoblauch

E. Knoblauch, Deputy Clerk